IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **THE ESTATE OF MARILYN MONROE LLC,**  *Plaintiff,*  v.  **11qiasiwenrou,** *et al.,*  *Defendants.* | Civil Action No. 1:25-cv-2546 |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff The Estate of Marilyn Monroe LLC, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses this action against the below Defendant without prejudice, with each party to bear its own attorneys' fees and costs:

1. eyami9;
2. FengHuiYunShang;
3. Kanea;
4. kiesme_09;
5. Metaverse_Cards;
6. peacock-1;
7. printifyT;
8. raturgema0; and
9. Seangle Shop.

1

Dated: June 15, 2025.

        Respectfully submitted,
        THE SLADKUS LAW GROUP

        *s/ Carrie A. Hanlon*
        Carrie A. Hanlon
        Ga. Bar No. 289725
        E-mail: carrie@sladlaw.com
        Jason H. Cooper
        Ga. Bar No. 778884
        E-mail: jason@sladlaw.com

        1397 Carroll Drive
        Atlanta, Georgia 30318
        Telephone: (404) 252-0900
        Facsimile: (404) 252-0970

        ***Attorneys for Plaintiff***