# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **THE ESTATE OF MARILYN MONROE LLC,**  *Plaintiff,*  v.  **11qiasiwenrou,** *et al.,*  *Defendants.* | Civil Action No. 1:25-cv-2546 |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff The Estate of Marilyn Monroe LLC, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses this action against the below Defendant without prejudice, with each party to bear its own attorneys' fees and costs:

1. Cute JH poster;
2. Glorious poster;
3. JH poster;
4. LJ poster;
5. MeetArt Poster;
6. Miarra poster;
7. SodioSODIO wall art; and
8. Wow Wow wall art.

1

Dated: June 20, 2025.

                                                      Respectfully submitted,
                                                      THE SLADKUS LAW GROUP

                                                      *s/ Carrie A. Hanlon*
                                                      Carrie A. Hanlon
                                                      Ga. Bar No. 289725
                                                      E-mail: carrie@sladlaw.com
                                                      Jason H. Cooper
                                                      Ga. Bar No. 778884
                                                      E-mail: jason@sladlaw.com

                                                      1397 Carroll Drive
                                                      Atlanta, Georgia 30318
                                                      Telephone: (404) 252-0900
                                                      Facsimile: (404) 252-0970

                                                      ***Attorneys for Plaintiff***