# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

**THE ESTATE OF MARILYN MONROE LLC,**

    *Plaintiff,*

v.

**11qiasiwenrou,** *et al.,*

    *Defendants.*

Civil Action No.
1:25-cv-2546

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff The Estate of Marilyn Monroe LLC, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses this action against the below Defendant without prejudice, with each party to bear its own attorneys' fees and costs:

1. CherishedWhiskers Memorials;

2. Desu Nine;

3. Laichangwan;

4. Lei Wall Art;

5. LuoWallArt;

6. QL ONLINE; and

7. Siminlou.

1

Dated: June 27, 2025.

Respectfully submitted,
THE SLADKUS LAW GROUP

*s/ Carrie A. Hanlon*
Carrie A. Hanlon
Ga. Bar No. 289725
E-mail: carrie@sladlaw.com
Jason H. Cooper
Ga. Bar No. 778884
E-mail: jason@sladlaw.com

1397 Carroll Drive
Atlanta, Georgia 30318
Telephone: (404) 252-0900
Facsimile: (404) 252-0970

***Attorneys for Plaintiff***